IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALLEN ROGERS, Individually
and On Behalf of All Others
Similarly Situated                                                                    PLAINTIFF


VS.                                    CASE NO. 12-CV-4016


HIGHLANDS INTERNATIONAL
INVESTMENTS LTD., and
JOHN DOES                                                                          DEFENDANTS


## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal.  (ECF No. 34).  Plaintiff

requests that the above-styled cause of action be dismissed without prejudice pursuant to Federal

Rule of Civil Procedure 41.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.

Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of February, 2013.


    /s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge